IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONTAE SATCHEL, | ) | |
| Petitioner | ) | |
| v. | ) | CIVIL ACTION NO. |
| | | 12-00374-CB-M |
| WARDEN PATTERSON, et al | ) | |
| Respondent, | ) | |

## ORDER

In response to the Magistrate Judge's Report and Recommendation that this action be dismissed for failure to comply with court orders pursuant to Fed. R. Civ. P. 41(b), Petitioner Dontae Satchel has filed "Request for Appointment of Counsel and Extension." (Doc. 21.) Plaintiff requests an additional thirty days to respond to the Report and Recommendation and also seeks appointment of counsel. These requests are **denied**. Plaintiff has been given numerous opportunities to file a pleading that sets forth a coherent claim, but he has failed to do so. Petitioner has also been given numerous opportunities to file a motion to proceed without prepayment of fees, but has failed to do so.

After due and proper consideration, the Court hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge and **DISMISSES** this action without prejudice.

**DONE** and **ORDERED** this the 9th day of October, 2012.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**

Case 1:12-cv-00374-CB-M   Document 23   Filed 10/09/12   Page 2 of 2